IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>EXPERIAN MARKETING SOLUTIONS, INC., a Delaware Corporation,<br><br>          Defendant. | 8:15-CV-0125<br><br>ORDER |

      This matter is before the Court on the plaintiff's "Motion for Temporary Restraining Order and Temporary Injunction," which the Court understands to be a motion for preliminary injunction pursuant to Fed. R. Civ. P. 65(a). The plaintiff requests expedited hearing and briefing. But the plaintiff has not proposed a briefing schedule.

      The parties are directed to confer regarding a schedule for briefing and, if necessary, an evidentiary hearing on the plaintiff's motion. If the parties are unable to agree on a briefing schedule, they should each file a statement of position proposing a schedule for disposing of this motion, and explaining any need to expedite or extend briefing beyond the procedures and deadlines set forth in NECivR 7.1.

      The parties are advised that it is the Court's usual practice not to hold an in-court motion hearing unless such a hearing is necessary to adduce testimony or other evidence. *See* NECivR 7.1(d). If an evidentiary hearing is requested, the requesting party should identify for the Court any additional evidence that such a hearing would be expected to adduce, pursuant to NECivR 7.1(d) and (e).

      IT IS ORDERED:

    1.    The parties shall confer and advise the Court, on or before April 24, 2015, whether they have agreed to a briefing schedule on the plaintiff's motion for injunctive relief.

2. If the parties are unable to agree on a briefing schedule, each party shall file a statement of position, on or before April 24, 2015, setting forth a proposed briefing schedule.

Dated this 21st day of April, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge