IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHNSON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>EXPERIAN MARKETING SOLUTIONS,<br>Inc., a Delaware Corporation;<br><br>                    Defendant. | 8:15CV125<br><br>**SCHEDULING ORDER** |

IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before **October 6, 2015**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **September 29, 2015**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 8th day of September, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge